1 DANIEL J. BRODERICK, #89424
Federal Defender
2 PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
3 ERIC V. KERSTEN, CA Bar #226429
Designated Counsel for Service
4 2300 Tulare Street, Suite 330
Fresno, California 93721-2226
5 Telephone: (559) 487-5561

6 Attorney for Defendant
JOHN MARCUS DESENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:11-CR-00406 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO SET HEARING RE: LOSS<br>) AMOUNT/RESTITUTION AND TO CONTINUE |
| v. | ) SENTENCING SCHEDULE AND HEARING;<br>) ORDER (note change in time on the date requested at |
| JOHN MARCUS DESENBERG, | ) line 21) |
| Defendant. | ) Date: July 20, 2012<br>) Time: 8:30 A.M.<br>) Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorneys Jeremy R. Jehangiri, Counsel for Plaintiff, and Assistant Federal Defenders Peggy Sasso and Eric V. Kersten, Counsel for Defendant John Marcus Desenberg, that a hearing relating to loss amount and restitution **may be scheduled for July 20, 2012, at 8:30 A.M.**

**IT IS FURTHER STIPULATED** that a new sentencing schedule be set as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Informal Objections Due | April 30, 2012 | July 30, 2012 |
| Formal Objections Due | May 14, 2012 | August 13, 2012 |
| Sentencing Hearing | May 21, 2012 - 10:30 A.M. | August 20, 2012 - 10:30 A.M. |

Pursuant to the plea agreement, the parties agreed to a loss amount for purposes of USSG §2B1.1. The parties disagree, however, with respect to restitution, and believe that an evidentiary hearing will be

1    necessary to resolve the restitution amount.  Accordingly, the parties request the revised dates to allow

2    sufficient time to further investigate restitution and resolve the matter of restitution prior to sentencing.

3    The parties agree that this additional time is needed and the continuance will conserve time and resources

4    for both counsel and the court.

5    Because this is a sentencing hearing, there is no requirement for exclusion of time pursuant to the

6    Speedy Trial Act of 1974.  That said, the parties agree that the delay resulting from the continuance shall

7    be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C.

8    §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such

9    continuance outweigh the best interests of the public and the defendant in a speedy resolution of this

10   matter.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated: April 30, 2012                           /s/ Jeremy R. Jehangiri
                                                JEREMY R. JEHANGIRI
                                                Assistant United States Attorney
                                                Attorneys for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender


Dated: April 30, 2012                           /s/ Peggy Sasso
                                                PEGGY SASSO
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                John Marcus Desenberg


                                        ORDER

Good cause exists.  Hearing: August 20, 2012 at 1:30 p.m..


IT IS SO ORDERED.

Dated:    April 30, 2012                        /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE


Stipulation to Set Hearing Re: Loss Amount/
Restitution and to Continue Sentencing
Schedule and Hearing; [Proposed] Order              -2-