BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:11-CR-0406 LJO SKO |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING HEARING RE |
| | ) | RESTITUTION |
| v. | ) | |
| | ) | Old Date: July 20, 2012 |
| | ) | Old Time: 8:30 a.m. |
| JOHN MARCUS DESENBERG, | ) | **New Date: August 20, 2012** |
| | ) | **New Time: 1:30 p.m.** |
| Defendant. | ) | **Court: Four** |
| | ) | **(Hon. Lawrence J. O'Neill)** |

Plaintiff the United States of America, and defendant JOHN
MARCUS DESENBERG, by and through their respective counsel of record,
hereby agree and stipulate to continue the hearing on July 20, 2012,
which was set to address restitution amounts, to the date of the
Sentencing Hearing already set in this case, which is August 20,
2012, at 1:30 p.m. in Courtroom Four.

Pursuant to the plea agreement, the parties agreed to the
applicable loss range for purposes of USSG § 2B1.1. The grounds for
this stipulation are that the parties now believe that any remaining
issues concerning the restitution or loss amounts in this case should

be addressed first through informal objections to the Probation Office, and through formal objections if necessary, and the parties expect that process may resolve or at least narrow any remaining issues in dispute. To the extent any disputed issues remain after this process, the parties anticipate they could be addressed through an evidentiary hearing at the Sentencing Hearing, which is already set for August 20, 2012. The parties accordingly believe that the requested continuance would conserve time and resources for the Court, counsel, and witnesses, as the hearing on July 20 would be premature and concerns issues on which disputes may be narrowed or resolved if the continuance is granted.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: July 13, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant U.S. Attorney

Attorneys for Plaintiff
the United States


DATED: July 13, 2012

DANIEL J. BRODERICK
Federal Defender

By: /s/ Peggy Sasso
(authorized on 7/13/12)
PEGGY SASSO
Assistant Federal Defender

Attorneys for defendant
John Marcus Desenberg

**<u>ORDER</u>**

Good cause having been established, the matter set for hearing in this case on July 20, 2012 is continued to the date of the Sentencing Hearing, on August 20, 2012, at 1:30 p.m., in Courtroom Four.

IT IS SO ORDERED.

Dated:    **July 16, 2012**                    _____/s/ Lawrence J. O'Neill_____
                                                    UNITED STATES DISTRICT JUDGE