| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KIRK E. SHERRIFF |
| | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:11-CR-0406 LJO SKO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING SENTENCING HEARING |
| | ) **(NOTE CHANGE IN TIME)** |
| | ) Old Date: August 20, 2012 |
| v. | ) Old Time: 1:30 p.m. |
| | ) |
| | ) **New Date: Sept. 10, 2012** |
| | ) **New Time: 10:30 p.m.** |
| JOHN MARCUS DESENBERG, | ) **Court: Four** |
| | ) **(Hon. Lawrence J. O'Neill)** |
| Defendant. | ) |

Plaintiff the United States of America, and defendant JOHN MARCUS DESENBERG, by and through their respective counsel of record, hereby agree and stipulate to continue the Sentencing Hearing in this case from August 20, 2012 to Sept. 10, 2012, at 1:30 p.m. in Courtroom Four.

The parties have met and conferred concerning the restitution issues in this case, and believe that through further discussions it may be possible to resolve or narrow any remaining restitution issues, potentially avoiding the need for an evidentiary hearing regarding restitution at the Sentencing Hearing. The grounds for

this stipulation are that the requested continuance would conserve time and resources for the Court, counsel, and witnesses, as the restitution issues may be narrowed or resolved if the continuance is granted.

The parties further stipulate and jointly request that the Court extend the deadline to file formal objections to the Presentence Report to one week prior to the continued sentencing date.

IT IS SO STIPULATED.

                                              Respectfully Submitted,

Dated: August 9, 2012          BENJAMIN B. WAGNER
                                      United States Attorney

                                 By: /s/ Kirk E. Sherriff
                                    KIRK E. SHERRIFF
                                    Assistant U.S. Attorney

                                    Attorneys for Plaintiff
                                    the United States

DATED: August 9, 2012          DANIEL J. BRODERICK
                                      Federal Defender

                                 By: /s/ Peggy Sasso
                                   (authorized on 8/9/12)
                                    PEGGY SASSO
                                    ERIC KERSTEN
                                    Assistant Federal Defenders

                                    Attorneys for defendant
                                    John Marcus Desenberg

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from August 20, 2012 to September 10, 2012 at 10:30 p.m., and that the deadline to submit formal objections to the Presentence Report is extended as set forth above.

IT IS SO ORDERED.

**Dated:   August 9, 2012**                             /s/ Lawrence J. O'Neill
                                                                               UNITED STATES DISTRICT JUDGE