```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )   1:11-CR-00406-LJO
                                )
12              Plaintiff,      )   ORDER FOR FORFEITURE
                                )   MONEY JUDGMENT
13      v.                      )
                                )
14 JOHN MARCUS DESENBERG,       )
                                )
15              Defendant.      )
                                )
16
17      Based upon the United States' Application for Forfeiture Money
18 Judgment and the plea agreement entered into between plaintiff
19 United States of America and defendant John Marcus Desenberg,
20      IT IS HEREBY ORDERED that:
21      1.   Defendant John Marcus Desenberg shall forfeit to the
22 United States the sum of $300,000.00, and the Court imposes a
23 personal forfeiture money judgment against the defendant in that
24 amount.
25      2.   Any funds applied towards such judgment shall be forfeited
26 to the United States of America and disposed of as provided by law.
27 Prior to the imposition of the sentence, any funds delivered to the
28 United States to satisfy the personal money judgment shall be seized
```

and held by the U.S. Marshals Service in its secure custody and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $300,000.00 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

**Dated: August 20, 2012**      /s/ Lawrence J. O'Neill
           UNITED STATES DISTRICT JUDGE